UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CORINNE ZEIGLER,
    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV 07 - 6010 - KI

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5750.50 and costs in the amount of $350.00, for a total of $6100.50, are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 6th day of Nov , 2007.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff